Opinion issued April 11, 2013



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

### NO. 01-12-00414-CV

---

### ESTHER J. DAMLARKAYA, Appellant

### V.

### MEMORIAL HERMANN HOSPITAL SYSTEM, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 999747**

---

## MEMORANDUM OPINION

Appellant Esther J. Damlarkaya has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required

by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was initially due on May 17, 2012. On March 8, 2013, the Court notified appellant that she had not established indigence and that the appeal was subject to dismissal unless the filing fee was paid within 10 days. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal of appeal). Appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.